**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

**LAZARUS IROH, ANDREW OKAFOR, ET AL, Appellants**

**V.**

**EMMANUEL IGWE, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-07596-D**

## ORDER

We **GRANT** appellee/cross-appellant's July 1, 2014 motion to extend time to file reply brief and **ORDER** the brief be filed no later than July 15, 2014.

/s/     ELIZABETH LANG-MIERS
            JUSTICE